IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

UNITED STATES OF AMERICA

vs.  CR. NO.: 2:21-cr-00613-BHH

WILLIAM L. RIVERS

PLEA

The defendant, William L. Rivers, having withdrawn his plea of Not Guilty entered April 26, 2023 pleads **GUILTY** to Count(s) _1_ of the Indictment after arraignment in open court.

_____
Defendant

May 07, 2024
Charleston, South Carolina